# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | |
|---|---|
| **GRAMBLING ECONOMIC DEVELOPMENT CORP.** | **CIV. ACTION NO. 3:25-00450** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **DAVIS PREMIER ESTATES, L. L. C.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## ORDER

The Report and Recommendation of the Magistrate Judge [Doc. No. 25] having been considered, no objections thereto having been filed,

**IT IS ORDERED** that Defendant Davis Premier Estates, L.L.C.'s motion to dismiss for failure to state a claim upon which relief can be granted [Doc. No. 14] is hereby **DENIED**.

MONROE, LOUISIANA, this 24th day of September 2025.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE